AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __ARKANSAS__

UNITED STATES OF AMERICA

V.

BRYCE BRUCE

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   09-30009-001

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_/s/ William R. Wilson_
Signature of Judge

WILLIAM R. WILSON, U.S. DISTRICT JUDGE
Name and Title of Judge

FEBRUARY 18, 2010
Date